**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STEPHEN JONES,** *Plaintiff*, v. **PENCOYD IRON WORKS, INC.,** *Defendant*. | **Case No. 2:18-CV-04157-JDW** |

# ORDER

**AND NOW**, this 13th day of December, 2019, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 18), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.