**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STEPHEN JONES,** *Plaintiff* v. **PENCOYD IRON WORKS, INC.,** *Defendant* | Case No. 2:18-cv-04157-JDW |

## CIVIL JUDGMENT

**AND NOW**, this 14th day of February, 2020, in accordance with the Verdict Sheet, it is **ORDERED** that Judgement is in favor of Defendant and against Plaintiff. The Clerk of Court shall mark this matter **CLOSED** for all purposes.

**BY THE COURT:**

ATTEST: */s/ Jeannine K. Abed*
Jeannine K. Abed
Civil Deputy Clerk to
Hon. Joshua D. Wolson